UNITED STATE DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>FEDERAL INSURANCE COMPANY,<br><br>            Defendants. | CASE NO.:  2:23-cv-00826-DJC-JDP<br><br>ORDER EXTENDING TIME FOR DEFENDANT FEDERAL INSURANCE COMPANY TO RESPOND TO PLAINTIFF'S COMPLAINT<br><br>Hon. Daniel J. Calabretta<br>United States District Judge |

The Court, having considered the Joint Stipulation Of Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendant Federal Insurance Company ("Federal") to extend the time for Federal to respond to Travelers's Complaint in this action to June 28, 2023 [Dkt. No. 7], and good cause appearing, orders that the time for Federal to respond to Travelers' Complaint is extended to June 28, 2023.

   IT IS SO ORDERED.

DATED: June 14, 2023

                                        /s/ Daniel J. Calabretta
                                        THE HONORABLE DANIEL J. CALABRETTA
                                        UNITED STATES DISTRICT JUDGE

---

1

ORDER                                                           CASE NO.: 2:23-cv-00826-DJC-JDP